without a 1925(a) statement from the trial court?

■

SYLVAN INDUSTRIAL PIPING, INC.

v.

EICHLEAY CORPORATION and Wheeling Nisshin Steel Corporation.

Petition of Eichleay Corporation, a Delaware Corporation.

Supreme Court of Pennsylvania.

Aug. 25, 1999.

David E. White, Pittsburgh, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 25th day of August 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Whether the trial court had jurisdiction to rule on the motion for counsel fees during the pendency of an appeal?
2. Whether the Superior Court erred in ruling on the merits of the appeal without a 1925(a) statement from the trial court?

■

JWP/HYRE ELECTRIC COMPANY OF INDIANA, INC., an Indiana Corporation

v.

EICHLEAY CORPORATION, a Delaware Corporation

v.

Wheeling–Nisshin, Inc., a Delaware Corporation.

Petition of Eichleay Corporation, a Delaware Corporation.

Supreme Court of Pennsylvania.

Aug. 25, 1999.

David E. White, Pittsburgh, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 25th day of August 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Whether the trial court had jurisdiction to rule on the motion for counsel fees during the pendency of an appeal?
2. Whether the Superior Court erred in ruling on the merits of the appeal without a 1925(a) statement from the trial court?